**PHG TECHNOLOGIES, LLC,
Plaintiff–Appellee,**

v.

**TIMEMED LABELING SYSTEMS,
INC., Defendant–Appellant,**

and

**Laserband, LLC, Defendant–Appellant,**

and

**Holden Graphics Services, Defendant.**

Nos. 2007–1042, 2007–1043.

United States Court of Appeals,
Federal Circuit.

May 10, 2007.

ON MOTION

### *ORDER*

Upon consideration of the parties' joint motions to voluntarily dismiss these appeals,

IT IS ORDERED THAT:

(1) The motions are granted.

(2) All sides shall bear their own costs.